UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DAVID E. SMITH

                        Plaintiff

- v -

CORNING INCORPORATED,

                        Defendants.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Civ. Action No. 06-CV-6516 CJS (F)

FILED JUN 16 2009 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF NY

The parties hereby stipulate and agree that the above-captioned action is hereby dismissed in its entirety with prejudice, with each party to bear its own fees and costs.

DATED: June 15, 2009

THE BOYD LAW GROUP, PLLC

By: _____
Patrick J. Boyd, Esq.
Rae D. Min, Esq.
*Attorneys for Plaintiff*
230 Park Avenue
New York, New York 10169
(212) 808-3054

DATED: June 16, 2009

NIXON PEABODY LLP

By: _____
Carolyn Nussbaum, Esq.
*Attorneys for Defendants*
1100 Clinton Square
Rochester, New York 14604
585.263.1558

SO ORDERED this 16 day of June, 2009

_____
HON. JONATHAN W. FELDMAN, U.S.M.J.

12595402.1